

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JD AUTO CORP., | § | No. 08-22-00187-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| MICHAEL H. BELL, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV0743) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment for Appellant on its bill of review based on a violation of its due process rights. We further vacate the 2016 default judgment and return the parties to their original status as plaintiff and defendant in Appellee's employment suit with Appellee carrying the burden of proving his employment discrimination claim.

We further order that Appellant recover from Appellee all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF AUGUST 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ., and Rodriguez, C.J. (Senior Judge) (en banc)
Soto, J., concurring
Rodriguez, C.J. (Senior Judge), dissenting